# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **RON WILDER,** | : | |
| Plaintiff, | : | **CASE NO. 2:17-cv-00920** |
| v. | : | **JUDGE WATSON** |
| **THE OHIO STATE UNIVERSITY MEDICAL CENTER,** | : | **MAGISTRATE JUDGE JOLSON** |
| | : | |
| Defendant. | | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff RON WILDER and Defendant THE OHIO STATE UNIVERSITY MEDICAL CENTER (collectively, the "Parties") and Parties' respective counsel, that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party to bear their own attorneys' fees and costs.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | DAVE YOST  (0056290)<br>Ohio Attorney General |
| */s/ Erica A. Probst – per email authorization* | */s/ Rory P. Callahan* |
| ERICA ANN PROBST (0073486)<br>Kemp, Schaeffer & Rowe Co., LPA<br>88 West Mound Street<br>Columbus, Ohio 43215<br>(614) 224-2678 - Telephone<br>(614) 469-7170 – Facsimile<br>Erica@ksrlegal.com | RORY P. CALLAHAN (0072021)<br>*Trial Counsel*<br>Principal Assistant Attorney General<br>SANA AHMED (0091070)<br>Associate Assistant Attorney General<br>Employment Law Section |

*Counsel for Plaintiff*

30 East Broad Street, 23rd Floor
Columbus, Ohio 43215-3167
(614) 644-7257 - Telephone
(614) 752-4677 - Facsimile
elsreview@ohioattorneygeneral.gov

*Counsel for Defendant*